DEBORAH M. SMITH
Acting United States Attorney

TODD S. MIKOLOP
Special Assistant United States Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: todd.mikolop@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| Plaintiff, | ) | COUNTS 1-17: |
| | ) | SOCIAL SECURITY FRAUD |
| vs. | ) | Vio. of 42 U.S.C. § 408(a)(7)(B) |
| | ) | |
| ELKE WOBICK, a.k.a. ELKE | ) | COUNT 18: |
| HUTSON, | ) | FALSE CLAIM TO U.S. CITIZENSHIP |
| | ) | Vio. of 18 U.S.C. § 911 |
| Defendant. | ) | |
| | ) | |

INDICTMENT

The Grand Jury charges that:

COUNTS 1-17

On or about the dates below, in the District of Alaska, the defendant, ELKE

WOBICK, a.k.a. ELKE HUTSON, for the purpose of obtaining a payment or benefit to

which she was not entitled, to wit, State of Alaska Public Assistance benefits and State of

Alaska Permanent Fund Dividend benefits, with intent to deceive, falsely represented a

number to be the social security account number assigned by the Commissioner of Social

Security to her or her daughter, Martina Staimer, when in fact such number is not the

social security account number assigned by the Commissioner of Social Security to her or

her daughter.

| Count | Date | Payment or Benefit |
|-------|------|--------------------|
| 1 | 9/9/2002 | Permanent Fund Dividend (Self) |
| 2 | 9/9/02 | Permanent Fund Dividend (Daughter) |
| 3 | 5/20/2003 | Public Assistance |
| 4 | 8/11/2003 | Public Assistance |
| 5 | 9/4/2003 | Permanent Fund Dividend (Self) |
| 6 | 9/4/2003 | Permanent Fund Dividend (Daughter) |
| 7 | 9/21/2003 | Public Assistance |
| 8 | 2/23/2004 | Public Assistance |
| 9 | 2/23/2004 | Permanent Fund Dividend (Self) |
| 10 | 2/23/2004 | Permanent Fund Dividend (Daughter) |
| 11 | 3/31/2004 | Public Assistance |
| 12 | 10/4/2004 | Public Assistance |
| 13 | 10/22/2004 | Permanent Fund Dividend (Self) |
| 14 | 2/22/2005 | Permanent Fund Dividend (Self) |
| 15 | 2/22/2005 | Permanent Fund Dividend (Daughter) |
| 16 | 4/4/2005 | Public Assistance |
| 17 | 10/5/2005 | Public Assistance |

All of which is in violation of Title 42, United States Code, Section 408(a)(7)(B).

COUNT 18

On or about the 14th of December, 2005, in the District of Alaska, the defendant,

ELKE WOBICK, a.k.a. ELKE HUTSON, falsely and wilfully represented herself to be a

citizen of the United States, by placing her hand on a bible and swearing to federal agents

she was telling the truth regarding her U.S. citizenship.

All of which is in violation of Title 18, United States Code, Section 911.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON


s/ Todd S. Mikolop
TODD S. MIKOLOP
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: todd.mikolop@usdoj.gov


s/ Deborah   Smith
DEBORAH M. SMITH
Acting United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: deb.smith@usdoj.gov


DATED:____3/21/06____

3