AO 83 (Rev. 12/85) Summons in a Criminal Case

ORIGINAL
RECEIVED
APR 13 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: 3:06-cr-00032-JWS |
| ELKE WOBICK | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place | Room |
|---|---|
| Federal Building - U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska 99513 | Courtroom 6 |
| Before: Magistrate Judge John D. Roberts | Date and Time<br>Tuesday, May 2, 2006, at 9:30 a.m. |

To answer a(n)
[XX] Indictment  [ ] Information  [ ] Complaint  [ ] Violation Notice  [ ] Probation Violation Petition

Charging you with a violation of:

Title  United States Code, Section(s)

Brief description of offense:
42:408(a)(7)(B) - SOCIAL SECURITY FRAUD - Counts 1-17
18:911 - FALSE CLAIM TO U.S. CITIZENSHIP - Count 18

| Ida Romack, Clerk of Court | March 23, 2006 at Anchorage, Alaska |
|---|---|
| Signature of Issuing Officer | Date and Location |
| by *Pamela R. Licht* Deputy Clerk<br>Name and Title of Issuing Officer | |

**NOTICE**: If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 550 W. 7th Avenue, Suite 1600, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

# RETURN OF SERVICE

Service was made by me on:[1]   Date
ELKE WOBICK         APRIL 04, 2006

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at:
ANCHORAGE, ALASKA

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 4/4/06       Randy M Johnson
            Date           Name of United States Marshal

                           (by) Deputy United States Marshal

Remarks: Served by:
Bob Scrutin, 271-3483
ICE

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.