MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs ELKE WOBICK                CASE NO. 3:06-cr-00032-JWS
Defendant: _X_ Present _X_ On Summons

BEFORE THE HONORABLE:            JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:           APRIL KARPER

UNITED STATES ATTORNEY:          JOSEPH BOTTINI

DEFENDANT'S ATTORNEY:            KEVIN MCCOY - APPOINTED

U.S.P.O.:                        PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD MAY 2, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:37 a.m. court convened.

_X_ Copy of Indictment given to defendant: waived reading.

_X_ Defendant advised of general rights. _X_ Waived full advisement
                                             of rights.

_X_ Defendant advised of charges and penalties.

_X_ Defendant sworn.

_X_ Defendant stated true name: Same as above.          Age: 35

_X_ Financial Affidavit filed.
   _X_ Federal Public Defender accepted appointment; FPD notified.

_X_ PLEAS: Not guilty to counts 1 thru 18 of the Indictment.

_X_ Bond set at $2,000.00 unsecured ; Appearance Bond **FILED.**

_X_ Order Setting Conditions of Release **FILED.**

_X_ Pretrial motions due **May 22, 2006** ; Order for the
    Progression of a Criminal Case with Trial by Jury & Final
    Pretrial Date **FILED.**

_X_ Counsel advised of trial date: **June 19, 2006 at 9:00 a.m.**
    before U.S. District Judge John W. Sedwick. Final Pretrial
    Conference set for **June 19, 2006 at 8:30 a.m.**

_X_ OTHER: Parties to meet and confer by **May 5, 2006.**

At 9:54 a.m. court adjourned.

DATE:    May 2, 2006              DEPUTY CLERK'S INITIALS:    ak