Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>ELKE WOBICK,<br><br>              Defendant. | NO. 3:06-cr-00032-JWS<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE PRETRIAL MOTION DEADLINE BY FIVE DAYS** |

Elke Wobick respectfully asks this court for an order extending the pretrial motions deadline by five days. Motions are currently due on May 22, 2006. Trial is set for June 19, 2006. A continuance of the motion deadline is appropriate because Ms. Wobick's counsel is currently preparing for a court trial in *United States v. Kanha Kounduangta*, 3:06-cr-0018-HRH, scheduled for May 22, 2006.

The government does not oppose this request.

This motion is submitted pursuant to D.Ak.L.Crim.R. 47.1 and is based upon the affidavit of counsel filed herewith.

DATED at Anchorage, Alaska this 19th day of May 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:	907-646-3400
Fax:	907-646-3480
E-Mail:	kevin_mccoy@fd.org

Certification:
I certify that on May 19, 2006,
a copy of the *Unopposed Motion on Shortened Time to Continue Pretrial Motion Deadline by Five Days,* the *Affidavit of Counsel*, and the *Proposed Order* were served electronically on:

Todd S. Mikolop
Special Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


s/Kevin F. McCoy