UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:06-cr-00032-JWS |
|---|---|
| Plaintiff, | |
| vs. | **PROPOSED ORDER** |
| ELKE WOBICK, | |
| Defendant. | |

On consideration of the defendant's shortened time request to extend time for pretrial motions by five days;

It is hereby ordered that the request is GRANTED.

Pretrial motions shall be filed on or before May 30, 2006.

DATED this _____ day of May 2006, in Anchorage, Alaska.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE