Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ELKE WOBICK,<br><br>    Defendant. | NO. 3:06-cr-00032-JWS<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

Kevin F. McCoy, being first duly sworn upon oath, deposes and says as follows:

1. I am the attorney for Elke Wobick.

2. Pretrial motions are presently due on May 22, 2006.

3. Trial is presently set for June 19, 2006.

4. The purpose of this motion is to ask for a five-day extension for pretrial motions. If this request is granted, pretrial motions would be due on May 30, 2006.

5. I have a court trial beginning May 22, 2006, in *United States v. Kanha Kounduangta*, 3:06-cr-0018-HRH. This court trial is expected to last three to four days. My

obligations in the *Kounduangta* matter have prevented me from completing my review of the materials in the present case to determine whether pretrial motions are required.

      6.    On May 19, 2006, Special Assistant U.S. Attorney Todd Mikolop indicated that the government does not oppose this request.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
KEVIN F. McCOY

SUBSCRIBED AND SWORN to before me this 19th day of May 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 12/20/2008