Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ELKE WOBICK,<br><br>　　　　Defendant. | NO. 3:06-cr-00032-JWS<br><br>**NOTICE OF INTENT TO CHANGE PLEA** |

　　　　COMES NOW THE DEFENDANT, ELKE WOBICK, by and through counsel Rich Curtner, Federal Defender, and hereby gives notice of her intent to change her plea in the above-captioned case, pursuant to a written plea agreement.  Ms. Wobick respectfully requests the court to schedule a change of plea hearing on Monday, June 19, 2006, at 8:30 a.m., the time currently scheduled for her final pretrial conference, or next week at a date and time convenient to the court and the parties.

      DATED at Anchorage, Alaska this 8th day of June 2006.

Respectfully submitted,

s/Rich Curtner
Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:    907-646-3400
Fax:    907-646-3480
E-Mail:    rich_curtner@fd.org

Certification:
I certify that on June 8, 2006,
 copy of the **Notice of Intent to Change Plea** was served electronically on:

Todd S. Mikolop
Special Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and on June 9, 2006,
a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Rich Curtner