Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ELKE WOBICK,<br><br>        Defendant. | NO. 3:06-cr-00032-JWS<br><br>**ELKE WOBICK'S SENTENCING MEMORANDUM** |

**I.    Introduction.**

Elke Wobick submits this memorandum to assist the court at the August 25, 2006, sentencing.  At sentencing, she will be asking the court for a probationary sentence with conditions that include restitution in the amount of $17,090.03 and compliance with the rules and regulations of the Bureau of Immigration and Customs Enforcement.

## II.     The Advisory Guideline Computation Is Correct.

The starting point for sentencing in this circuit is the advisory guideline computation. *United States v. Cantrell*, 433 F.3d 1269, 1280 (9th Cir. 2006). In this case, the advisory guideline computation in Ms. Wong's presentence report is correct. Ms. Wobick's total adjusted offense level is 8 and she is in criminal history category I, because she has had no prior contact with the criminal justice system in the United States or in Germany. Consequently, she confronts an advisory guideline range of 0 to 6 months and is eligible for a probationary sentence.

## III.    Application Of 18 U.S.C. § 3553(a) To This Case.

The following § 3553(a) factors suggest that a probationary disposition is a fair and just resolution of this matter.

### A.     Nature and Circumstances of This Offense and the History and Characteristics of Ms. Wobick.

Ms. Wobick was born and raised in Remschied, Germany. [PSR ¶ 57] She has two children; sixteen-year-old Martina Staimer and three-year-old Angelina Hutson. Martina was born in Germany and is a German Citizen. Angelina was born in the United States and is an American Citizen. [PRS ¶¶ 58-60]

Ms. Wobick was raised by her mother. [PSR ¶ 57] Her father, Monroe John Wobick, was not from Germany. In fact he was an American Citizen and Ms. Wobick was 26 years old before she learned that her father lived in Anchorage, Alaska.

Ms. Wobick came to Alaska on a three-month tourist visa in response to an ad soliciting a wife that had been placed in the Alaska Men Magazine by Carl Hutson. She arrived on March 2, 1998, and married Mr. Hutson on June 10, 1998.

Angelina was born on March 14, 2004. Mr. Hutson is a United States Citizen. He had promised to file the necessary papers to adjust Ms. Wobick's status based on their marriage. Unfortunately he never followed through. The marriage ultimately floundered and Mr. Hutson and Ms. Wobick divorced in September 2004. As her ex-husband explains, Ms. Wobick is a "nice person" and is a "good mother to her children." [PSR ¶ 60] However, she left to live with her natural father in Anchorage when she learned that he was terminally ill with lung cancer. Mr. Wobick finally passed away on December 24, 2005. [PSR ¶¶ 57, 60]

Ms. Wobick was and is impoverished. She is also plagued by ill-health. [PSR ¶¶ 63, 63a, 67, 69, 70] She has never had status in this country and despite her training as a registered nurse cannot be authorized to work here. She is currently getting by on the charity of friends. [PSR ¶ 61] This offense would not have occurred but for Ms. Wobick's poverty and her inability to lawfully work. To survive, she used false social security numbers for herself and for Martina to apply for public assistance and for the Alaska Permanent Fund Dividend. The public assistance applications were granted but the PFD applications were denied. Because three-year-old Angelina is a citizen, her public assistance applications and her PFD applications were properly approved.

Ms. Wobick is extremely remorseful for her conduct and wants to resolve this matter as quickly as possible. However, she continues to face an uncertain future. Her lack of status and her conduct in this case will have consequences in the Immigration court despite the fact that she no longer has ties in Germany and despite the fact that one of her children is an American Citizen.

**B.     A Probationary Sentence Is An Appropriate Sentence For A First Offender.**

A fair balancing of all the factors set forth in § 3553(a)(2) indicates that a probationary sentence is a fair and just sentence in this case. This prosecution represents Ms. Wobick's first and only contact with the criminal justice system. It was driven by her poverty and her inability to lawfully work. She is embarrassed by her misconduct and in particular is acutely aware of the impact this misconduct will have on her ability to remain in this country.

Both Congress, with the enactment of 18 U.S.C. § 3561(a), and the advisory guidelines, with the adoption of U.S.S.G. § 5 B1.1, expressly provided for a probationary sentence in this circumstance. Ms. Wobick is a first time non-violent offender with a significant potential for rehabilitation. Under these circumstances, a probationary disposition does not detract from the seriousness of her misconduct or promote disrespect for the law. Rather, a probationary disposition recognizes her significant potential for rehabilitation, acknowledges that she has been deterred by this experience, and is not likely to offend again. In fact, incarceration would be counterproductive as Congress has recognized that imprisonment "is not an appropriate means of promoting correction and rehabilitation." 18 U.S.C. § 3582(a).

**IV.    Conclusion.**

For all these reasons, Ms. Wobick asks for a probationary sentence conditioned on the typical conditions of probation which would necessarily include restitution in the amount agreed upon and compliance with the requirements of the Bureau of Immigration and Customs Enforcement. She also asks not to be fined.

DATED at Anchorage, Alaska this 18th day of August 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:        907-646-3400
Fax:          907-646-3480
E-Mail:       kevin_mccoy@fd.org

Certification:
I certify that on August 18, 2006,
a copy of *Elke Wobick's Sentencing Memorandum* was served electronically on:

Todd S. Mikolop
Special Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Kevin F. McCoy