Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> vs.<br><br>ELKE WOBICK,<br><br>   Defendant. | NO. 3:06-cr-00032-JWS<br><br>**NOTICE OF FILING** |

   Elke Wobick files the attached letter from Betty J. Harrison for use in aid of sentencing.   The typed transcription of the letter precisely as written is appended together with a copy of the original hand written letter.  (*See*, Exhibit A)

   DATED at Anchorage, Alaska this 23rd day of August 2006.

     Respectfully submitted,

     s/Kevin F. McCoy
     Assistant Federal Defender
     601 West Fifth Avenue, Suite 800
     Anchorage, AK 99501
     Phone:  907-646-3400
     Fax:   907-646-3480
     E-Mail:  kevin_mccoy@fd.org

<u>Certification</u>:
I certify that on August 23, 2006,
a copy of the ***Notice of Filing*** was
served electronically on:

Todd S. Mikolop
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


s/Kevin F. McCoy