August 23, 06

To Whom It May Concern:

My name is Betty Harrison. I am a friend of Elkie Nobick and family. We have been friends for six years or more. We met through church attendance and we became sociable right away. I knew Elkie was from Germany and a non-citizen to the U.S. She has two minor children and was married but later divorced. Elkie was financially disable and she was unable to work outside the home dued to medical reasons. She and the children moved in with her elderly father and they pulled together as a family. She was not getting any support from the kids father and was eligible to receive assistance from the State of Alaska only

for her youngest daughter because she was born in the U.S.

This past year Elkie's father, John Wobick became terminally ill with cancer and she spent time, money and resources trying to care for him. He was constantly being seen by the doctor. There was things he needed and medication that was prescribed that medicare did not covered. Pain medication was only covered once a month therefore it was out of pocket cost. There was medication I picked up for him which cost between one and two hundred dollars.

Elkie did not intentionally committed to break any laws if so it was out of ignorance to the laws.

truly yours,
Betty J Harrison

August 23, 06

To Whom It May Concern:

    My name is Betty Harrison. I am a friend of Elkie Wobick and family. We have been friends for six years or more. We met through church attendance and we became sociable right away. I knew Elkie was from Germany and a non citizen to the U.S. She has two minor children and was married but later divorced. Elkie was financially disable and she was unable to work outside of the home dued to medical reasons. She and the children moved in with her elderly father and they pulled together as a family. She was not getting any support from the kids fathers and was eligible to receive assistance from the State of Alaska only for her youngest daughter because she was born in the U.S.

    This past year Elkie's father, John Wobick became terminally ill with cancer and she spent time, money and resources trying to care for him. He was constantly being seen by the doctor. There was things he needed and medication that was prescribed that medicare did not covered. Pain medication was only covered once a month. Therefore it was out of pocket cost. There was medication I picked up for him which cost between one and two hundred dollars.

    Elkie did not intentionally committed to break any laws. If so it was out of ignorance to the law.

                                    Truly yours,

                                    /s/ Betty J. Harrison