```
           MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

U.S.A. vs. <u>ELKE WOBICK</u>              CASE NO. <u>3:06-cr-00032-JWS</u>
Defendant: <u>X</u> Present <u>X</u> On Bond

BEFORE THE HONORABLE:         <u>JOHN W. SEDWICK</u>

DEPUTY CLERK/RECORDER:        <u>APRIL KARPER</u>

UNITED STATES' ATTORNEY:      <u>TODD MIKOLOP</u>

DEFENDANT'S ATTORNEY:         <u>KEVIN MCCOY</u>

U.S.P.O.:                     <u>PATRICIA WONG</u>

PROCEEDINGS: IMPOSITION OF SENTENCE HELD AUGUST 25, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:30 a.m. court convened.

<u>X</u> Notice of Appeal form given to defendant.

<u>X</u> Court stated findings/reasons pursuant to sentencing
   guidelines.

<u>X</u> Defendant placed on probation for a period of <u>60</u> months under
   the usual terms and conditions with special conditions of
   probation as stated in the judgment.

<u>X</u> Special Assessment $<u>100.00</u>, due <u>immediately.</u>

<u>X</u> Restitution $<u>17,090.03</u>, to be paid to <u>the State of Alaska.</u>

<u>X</u> On motion of the U.S. Attorney, remaining counts <u>2 thru 18</u> of
   the Indictment **DISMISSED**.

<u>X</u> OTHER: <u>Court and counsel heard re presentence report and plea
agreement; court accepted plea agreement and presentence report.
Appeal rights given. Payment Coupon given to defendant.</u>

At 8:43 a.m. court adjourned.


DATE:    <u>August 25, 2006</u>        DEPUTY CLERK'S INITIALS:   <u>ak</u>